# LEVINE LEE LLP

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

May 26, 2023

<u>Via ECF</u>

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *In re iAnthus Capital Holdings, Inc. Securities Litigation,*
     *Case No. 20-cv-03898 (Hi-Med LLC)*

Dear Judge Kaplan:

  We write on behalf of the parties in the above-captioned case to provide the Court with a further update on the parties' continued progress with respect to their January 17, 2023 mediation, and to request an additional adjournment of current case deadlines.

  As we noted in our letter of May 15, 2023, Plaintiff Hi-Med LLC and the Defendants in Case No. 20-cv-03898 (the "Hi-Med Action") remain in ongoing settlement discussions. (Dkt. No. 122.) Based on those discussions, this Court extended the parties' deadline to submit a Rule 26 Report, and Defendants' deadlines to answer, until May 30, 2023. (Dkt. No. 123.)

  Because good-faith settlement discussions remain ongoing, the parties respectfully request that these deadlines be further extended until June 20, 2023, in view of the parties attempting to reach a resolution of this matter, which would conserve the time and resources of the parties and this Court.

            Respectfully submitted,

            Levine Lee LLP

            */s/ Seth L. Levine*
            Seth L. Levine
            Chad P. Albert

cc: All Counsel of Record (via ECF)