**MEMO ENDORSED**

# LEVINE LEE LLP

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

Seth L. Levine
212 257 4040 direct
slevine@levinelee.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-2023
```

July 7, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *In re iAnthus Capital Holdings, Inc. Securities Litigation,*
*Case No. 20-cv-03898 (Hi-Med LLC)*

Dear Judge Kaplan:

We write on behalf of the parties in the above-captioned case to report that they have reached an agreement in principle to resolve this matter, and to respectfully request that current case deadlines be stayed in anticipation of the parties documenting and executing their anticipated agreement.

Currently, the parties' deadline for submitting a Rule 26 Report, and Defendants' deadline to answer, is July 11, 2023. (*See* Dkt. No. 127.) To allow the parties time to document and execute their anticipated agreement, the parties respectfully request that these deadlines be stayed, and that the parties jointly provide an update to the Court by August 21, 2023, to the extent they are unable to finalize their anticipated agreement and resolve the case by that date.

Respectfully submitted,

Levine Lee LLP

/s/ Seth L. Levine
Seth L. Levine
Chad P. Albert

cc: All Counsel of Record (via ECF)

Granted.
**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ

Date: 7-10-2023